UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY PATTON,

        Petitioner,

v.

STIRLING PRICE,

        Respondent.

Case No. 23-cv-00012-JSC

**ORDER OF DISMISSAL**

The petition was dismissed with leave to amend on February 9, 2023.  (ECF No. 10.) Petitioner was given 28 days in which to file an amended petition, and he was cautioned that the failure to do so would result in the dismissal of this case.  (*Id*.)  The deadline has passed and Petitioner has not filed an amended petition, shown cause why not, or requested an extension of the deadline.  Petitioner has filed a brief letter disputing the evidence used to convict him and attaching two forms listing his personal property used as evidence in his state court proceedings.  (ECF No. 11.)  This letter does not address the problems in the petition or his failure to amend the petition in accordance with the order dismissing the petition with leave to amend.  Accordingly, this case is DISMISSED with prejudice.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 25, 2023

                                                    JACQUELINE SCOTT CORLEY
                                                    United States District Judge